No. 700. Hoss ET AL. *v.* PURINTON. C. A. 9th Cir. Certiorari denied. *Bailey E. Bell* for petitioners.

No. 726. ORDER OF RAILROAD TELEGRAPHERS *v.* NEW ORLEANS, TEXAS & MEXICO RAILWAY Co. C. A. 8th Cir. Certiorari denied. *Milton Kramer* for petitioner. *Thos. T. Railey* for respondent.

No. 58, Misc. TAYLOR *v.* MOORE, WARDEN. Court of Criminal Appeals of Texas. Certiorari denied. Petitioner *pro se. John Ben Shepperd,* Attorney General of Texas, and *John A. Wild,* Assistant Attorney General, for respondent.

No. 63, Misc. SHAW *v.* FLORIDA. Supreme Court of Florida. Certiorari denied. *Zach H. Douglas* for petitioner. *Richard W. Ervin,* Attorney General of Florida, and *Reeves Bowen,* Assistant Attorney General, for respondent.

No. 89, Misc. SEPE *v.* ILLINOIS. Supreme Court of Illinois. Certiorari denied. Petitioner *pro se. Latham Castle,* Attorney General of Illinois, for respondent.

No. 329, Misc. LAWRENCE *v.* CALIFORNIA. Supreme Court of California. Certiorari denied.

No. 352, Misc. LEBEAU *v.* ILLINOIS. Supreme Court of Illinois. Certiorari denied.

No. 365, Misc. KESTER *v.* CALIFORNIA ET AL. Supreme Court of California. Certiorari denied.

No. 370, Misc. BRANCH *v.* CALIFORNIA. District Court of Appeal of California, First Appellate District. Certiorari denied.